# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 23, 2012

144369

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

GRIEVANCE ADMINISTRATOR,
          Petitioner-Appellee,

v

WILLIAM J. MAZE,
          Respondent-Appellant.

SC: 144369
ADB: 11-7-GA

_____/

      On order of the Court, the application for leave to appeal is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 23, 2012

_____
Clerk

p0416